**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                   NO.  4:08CR00140-001 SWW

RONALD REYNOLDS


**ORDER**

The Court finds that defendant's motion for release [doc #38] should be **GRANTED** and that the defendant be released and remain on previous conditions of release until his report date to the designated facility for service of his court ordered sentence imposed on October 14, 2009.

IT IS THEREFORE ORDERED that defendant shall be released from custody of the U. S. Marshal in this matter and shall remain on previous conditions of release [doc #10] signed by U. S. Magistrate Judge Beth Deere on April 16, 2008 pending the November 30, 2009 report date.  The defendant shall reside with his parents, Dorothy and Ronald Reynolds, Sr.

DATED this 14th day of October 2009.


/s/Susan Webber Wright
United States District Judge