# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                    NO.  4:08CR00140 SWW

RONALD REYNOLDS, JR.

### ORDER

Pending before the Court is a motion for extension of time to report to the Bureau of Prisons for the commencement of a term of imprisonment previously imposed.  The Court was advised that the government does not object to the extension.  The U. S. Probation Officer advised that defendant has been in compliance with conditions of release.  For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that defendant's motion to extend time to report [doc #44] is **granted**, and defendant shall be allowed to self-report to the designated facility by *2:00 p.m. on MONDAY, DECEMBER 5, 2009*.  If the designation by the Bureau of Prisons has not been received by that date, the defendant is to surrender to the U. S. Marshal's Office at *noon on December 5, 2009* to begin the service of his sentence.

DATED this 23rd day of November 2009.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE