# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO.  4:08CR00140 SWW

RONALD REYNOLDS, JR.

## ORDER

The above-named defendant was directed to report on November 30, 2009, for commencement of a term of imprisonment previously imposed and had been granted an extension of the report date to allow the designation of a facility by the Bureau of Prisons. Defense counsel filed a notice to inform the Court of a facility designation (doc #46) and the Court has now been advised that the defendant admitted to his probation officer to the use of marijuana.

IT IS THEREFORE ORDERED that the order granting an extension of time to report to the designated facility is hereby rescinded, and defendant shall report **Monday, November 30, 2009 by 2:00 p.m.** as previously directed at the time of sentencing.

Dated this 24th day of November 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE