```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                      NO. 4:08CR00140-001 SWW

RONALD REYNOLDS

## ORDER

Pending before the Court is the government's motion to amend the Judgment & Commitment, in the above matter, to delete the forfeiture listed under the schedule of payments on page six after it was determined that the firearm at issue was stolen.

IT IS THEREFORE ORDERED that the motion to amend the Judgment & Commitment(doc #48)is GRANTED and the Judgment & Commitment entered on November 9, 2009 (doc #42) hereby is amended to delete the forfeiture as listed in Count 4 of the Indictment as follows:

> One Taurus PT111 9mm semi-automatic pistol, serial number TVK95147 and ammunition.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 3rd day of December 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE