# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.         NO. 4:08CR00140-001 SWW | |
| RONALD REYNOLDS | DEFENDANT |

### ORDER

This matter is before the Court on defendant's pro se motion for early termination of supervised release. The U.S. Probation Office has advised the Court that defendant, Ronald Reynolds, has met all the criteria and is eligible for early termination of supervised release. The government has advised the Court that there is no objection to early termination of defendant's supervised release. The Court finds that defendant's motion [doc #50] should be ***granted***.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 4th day of March 2013.

/s/Susan Webber Wright

United States District Judge